

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Roxann Faye Berkley,

Vs. No. 11-16-00311-CR

The State of Texas,

\* From the 29th District Court
of Palo Pinto County,
Trial Court No. 14901

\* February 16, 2017

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.